# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

SCOTT FETTEROLF AND THERESA E. FETTEROLF,

                    Petitioners

        v.

ZONING HEARING BOARD OF THE BOROUGH OF SEWICKLEY HEIGHTS,

                    Respondent

        v.

BOROUGH OF SEWICKLEY HEIGHTS,

                    Respondent

: No. 168 WAL 2021
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court

---

SCOTT FETTEROLF AND THERESA E. FETTEROLF,

                    Petitioners

        v.

ZONING HEARING BOARD OF THE BOROUGH OF SEWICKLEY HEIGHTS,

                    Respondent

        v.

BOROUGH OF SEWICKLEY HEIGHTS,

: No. 169 WAL 2021
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court

Respondent          :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 1st day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.